1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   HENRY C. DARMSTADTER
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
5  Telephone: (202) 307-6481
   Facsimile: (202) 307-0054
6  E-mail: henry.c.darmstadter@usdoj.gov

7  *Of Counsel*
   STEVEN W. MYHRE
8  Acting United States Attorney

9  *Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| VEG CORP., INC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 2:17-CV-02893-JCM-NJK <br><br> **JOINT MOTION FOR SIXTY-DAY EXTENSION FOR UNITED STATES TO RESPOND TO PETITION** <br><br> **FIRST REQUEST** <br><br> LR IA 6-1, 6-2 and 7-1 |

COMES now Petitioner Veg. Corp., Inc. and Respondent United States of America, by and through their undersigned counsel, and submit a Joint Motion to extend the time in which the United States has to respond to the Petition for a period of sixty (60) days:

1. On November 17, 2017, Veg Corp., Inc. ("Veg Corp.") filed its petition to quash a Formal Document Request issued by the Internal Revenue Service ("IRS") to Petitioner with respect to foreign-based documentation in accordance with 26 U.S.C. (IRC) § 982(c)(2).

2. The IRS is conducting an audit examination of Veg Corp.'s corporate income tax return for the year 2013. In connection with the examination, the IRS issued several Information Document Requests ("IDR") to Veg Corp.

3. On August 21, 2017, the IRS issued a Formal Document Request to Veg Corp. under IRC § 982 in which it contended that Veg Corp.'s responses to the IDRs were insufficient or incomplete. On November 15, 2017, the IRS granted Veg Corp an extension until December 15, 2017 in which to respond to the Formal Document Request.

4. Veg Corp. has now filed this Petition to quash the Formal Document Request in accordance with IRC § 982(c)(2) for the reasons stated in its Petition.

5. On or about November 22, 2017, the Petitioner served the United States Attorney for the District of Nevada with a copy of the Summons and Petition. The United States response to the Petition is currently due by January 22, 2018.

6. By this Joint Motion, the United States seeks a sixty-day extension until March 23, 2018 in which to respond to the Petition.

7. The additional time sought will allow counsel for the United States to carefully consider the merits of the claims raised by the Petitioner, and give sufficient time to the parties to discuss narrowing or clarifying the issues involved herein.

DATED: December 21, 2017

/s/Henry C. Darmstadter
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6481

Of Counsel
STEVEN W. MYHRE
Acting United States Attorney

Attorneys for the United States

|   |   |   |
|---|---|---|
| | | GREENBERG TRAURIG, LLP |
| | DATED: December 21, 2017 | /s/DONALD L. PRUNTY, ESQ. <br> MARK E. FERRARIO, ESQ. <br> DONALD L. PRUNTY, ESQ. <br> 3773 Howard Hughes Parkway <br> Suite 400N <br> Las Vegas, Nevada 89169 |
| | | Attorneys for Petitioner |

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2017