MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ferrariom@gtlaw.com
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
pruntyd@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Petitioner Veg Corp. Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VEG CORP. INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 2:17-cv-02893-JCM-NJK <br><br> [PROPOSED] STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO PETITIONER'S PETITION TO QUASH AND TO EXTEND DEADLINES FOR OPPOSITION AND REPLY BRIEFING TO RESPONDENT'S PETITION TO COMPEL <br><br> (First Request) |

Petitioner Veg. Corp., Inc. ("Veg Corp" or "Petitioner") and Respondent United States of America ("Respondent" or "United States"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for briefing on Veg Corps' Petition to Quash Formal Document Request and the United States' Counter Petition to Compel Compliance with Formal Document Request.

The Internal Revenue Service ("IRS") is conducting an audit examination of Veg Corp's corporate income tax return for the year 2013. In connection with the examination, the IRS issued several Information Document Requests ("IDR") to Veg Corp. On August 21, 2017, the IRS issued a Formal Document Request to Veg Corp under 26 U.S.C. (IRC) § 982(c)(2) in which it contended that Veg Corp's responses to the IDRs were insufficient or incomplete. On November 17, 2017, Veg Corp filed a petition to quash the Formal Document Request issued by the IRS to Petitioner

("Petition"). In response, on May 18, 2018, the United States filed a motion to deny the Petition, as well as a counter petition to compel compliance with the Formal Document Request ("Petition to Compel").

Reply briefing to the Petition and opposition briefing to the Petition to Compel are due on June 1, 2018.

As a result of scheduling conflicts and the complicated nature of the subject matter, it is hereby stipulated and agreed between the parties, pending Court approval, that Veg Corp shall have up to and including **June 15, 2018** in which to file its reply to the Petition and its opposition to the United States' Motion to Compel. Furthermore, the United States shall have up to and including **June 29, 2018** in which to file its reply to the Motion to Compel. The parties respectfully request that this Court approve the foregoing stipulation.

IT IS SO STIPULATED.

DATED this 25th day of May, 2018

/s/ DONALD L. PRUNTY
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
*Counsel for Petitioner Veg Corp. Inc.*

DATED this 25th day of May, 2018

/s/ HENRY C. DARMSTADTER
HENRY C. DARMSTADTER, ESQ.
Trial Attorney, Tax Division
STEVEN W. MYHRE
Acting United States Attorney
RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
*Counsel for Respondent United States of America*

**ORDER**

**IT IS HEREBY ORDERED**

DATED May 29, 2018

_____
**UNITED STATES DISTRICT COURT JUDGE**